159 A.3d 946

COMMONWEALTH of Pennsylvania, Respondent

v.

Leron Frank HARRIS, Petitioner

No. 555 MAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

186

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.